UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

DR. SARAH E GLEASON-TAYLOR

               Defendant.

**ORDER RENEWING
JUDGMENT LIEN**
06-MC-0023-A

The Court, having considered the Application of Plaintiff the United States of America for an Order Renewing Judgment Lien along with the Declaration of Thomas L. Sooy, Esq., attorney for Plaintiff, in support of the Application, and good cause shown, hereby **GRANTS** Plaintiff's Application; and it is hereby

**ORDERED** that the judgment lien recorded on April 25, 2006, in the Monroe Clerk's Office Instrument No. 200604250990 Case No. B2006006268 arising from the judgment entered on April 13, 2006, against the above judgment debtor Sarah Gleason, shall be extended for an additional twenty (20) year period pursuant to 28 USC § 3201(c).

**SO ORDERED**.

               *s/Richard J. Arcara*
               HONORABLE RICHARD J. ARCARA
               UNITED STATES DISTRICT COURT

Dated:   April 15, 2026
         Buffalo, New York